966 F.2d 1443
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Tides Jerry NEWTON, III, Plaintiff-Appellant,
v.
Sergeant LAMM, Greensville Correctional Center Unit B;
Lieutenant Trent, Greensville Correctional Center Unit B;
Correctional Officer Jones, Greensville Correctional Center
Unit B; Assistant Warden Myers, Greensville Correctional
Center Unit B; Lieutenant Hick, Investigator, Greensville
Correctional Center Unit B; Lieutenant Author, Greensville
Correctional Center Unit B; Captain Staples, Greensville
Correctional Center Unit B; Captain Gevens, Greensville
Correctional Center Unit B; T.P.S. Strahan, Greensville
Correctional Center Unit B; MR. Flowers, Greensville
Correctional Center Unit B, Sergeant Sander, Greensville
Correctional Center Unit B; Sergeant Therstan, Greensville
Correctional Center Unit B; Captain Chaples, Greensville
Correctional Center Unit B; A. M. Judkins, Greensville
Correctional Center Unit B; Correctional Officer Cleamos,
Greensville Correctional Center Unit B; Correctional
Officer WHite, Greensville Correctional Center Unit B,
Defendants-Appellees.
Tides Jerry NEWTON, III, Plaintiff-Appellant,
v.
B. E. KELLY; Warden Lawson; Assistant Warden Myer;
Lieutenant Trent; SGT. Moore; Major William;
Lieutenant Hicks; Cleamson, c/o; D.
Walker, c/o, Defendants-Appellees.
 Nos. 92-6188 & 92-6316.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: April 30, 1992
Decided: July 2, 1992
 
 Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Senior District Judge. (CA-91-708-N, CA-91-860-N)
 Tides Jerry Newton, III, Appellant Pro Se.
 E.D.Va.
 AFFIRMED.
 Before RUSSELL, WIDENER, and HALL, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Tides Jerry Newton, III, filed suits under 42 U.S.C.s 1983 (1988) and sought leave to proceed in forma pauperis. The district court assessed filing fees in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the cases without prejudice when Plaintiff failed to comply with the fee orders. Plaintiff appeals. Finding no abuse of discretion, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.*
 
 AFFIRMED
 
 
 *
 In view of our disposition of these cases, Newton's motion for appointment of counsel is denied